DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GENESIS HUDSON,**
Appellant,

v.

**AURAIN KEVIN EDWARDS,**
Appellee.

No. 4D22-764

[November 9, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Tabitha Blackmon, Judge; L.T. Case No. 21-17498 COWE.

Genesis Hudson, Lauderhill, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***